# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | | |
|---|---|---|
| SAMUEL H. HATTAR, | ) | No. ED CV 09-01722-DOC (VBK) |
| | ) | |
| Petitioner, | ) | ORDER (1) ACCEPTING AND ADOPTING |
| | ) | THE REPORT AND RECOMMENDATION OF |
| v. | ) | THE UNITED STATES MAGISTRATE |
| | ) | JUDGE, AND (2) DISMISSING THE |
| POULOS, | ) | PETITION FOR WRIT OF HABEAS |
| | ) | CORPUS |
| Respondent. | ) | |
| | ) | |

Pursuant to 28 U.S.C. §636, the Court has made a de novo review of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's Answer, Petitioner's Reply, all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report").

//

//

//

//

//

//

//

//

1    **IT IS ORDERED** that: (1) the Court accepts and adopts the Report
2  and Recommendation, (2) the Court declines to issue a Certificate of
3  Appealability ("COA");[1] and (3) Judgment be entered denying and
4  dismissing the Petition with prejudice.

5

6  DATED: September 15, 2010                   *David O. Carter*

7                                              DAVID O. CARTER
                                               UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

---

21       [1]    Under 28 U.S.C. §2253(c)(2), a COA may issue "only if the
   applicant has made a substantial showing of the denial of a
22  constitutional right." The Supreme Court has held that, to obtain a
   Certificate of Appealability under §2253(c), a habeas petitioner must
23  show that "reasonable jurists could debate whether (or, for that
   matter, agree that) the petition should have been resolved in a
24  different manner or that the issues presented were 'adequate to
   deserve encouragement to proceed further'." Slack v. McDaniel, 529
25  U.S. 473, 483-84, 120 S.Ct. 1595 (2000)(internal quotation marks
   omitted); see also Miller-El v. Cockrell, 537 U.S. 322, 336, 123 S.Ct.
26  1029 (2003). After review of Petitioner's contentions herein, this
   Court concludes that Petitioner has not made a substantial showing of
27  the denial of a constitutional right, as is required to support the
   issuance of a COA.
28