JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | | |
|---|---|---|
| SAMUEL H. HATTAR, | ) | No. ED CV 09-01722-DOC (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| POULOS, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: September 15, 2010

*David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE